IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01643-ZLW

LYNN E. SCOTT,

    Plaintiff,

v.

C. ROMERO,
MARY CARTER,
JOHN REILLY,
K. SOKOL,
PAMELAS KAHANIC,
MR. OCCONNERS [sic],
ROBERTA WALTERS,
AL ESTEP,
and
MS. CHITTENDEN,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

This matter is before the Court on Plaintiff's motion to amend complaint submitted to and filed with the Court on December 11, 2006. This case was dismissed on November 21, 2006. Filings will not be addressed after the dismissal of a case. Therefore, the motion is DENIED as moot.

Dated: December 12, 2006

Copies of this Minute Order mailed on December 12, 2006, to the following:

Lynn E. Scott
Prisoner No. 60760
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826

                          Secretary/Deputy Clerk